IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| H-D U.S.A., LLC,<br><br>        Plaintiff,<br>v.<br><br>1069G, et al.,<br><br>        Defendants. | Case No. 21-cv-02921<br><br>**Judge Jorge L. Alonso**<br><br>**Magistrate Judge Jeffrey T. Gilbert** |

**SATISFACTION OF JUDGMENT**

WHEREAS, a judgment was entered in the above action on October 5, 2021 [56], in favor of H-D U.S.A., LLC ("Harley-Davidson" or "Plaintiff") and against the Defendants Identified in Schedule A in the amount of two hundred thousand dollars ($200,000) per Defaulting Defendant, and Harley-Davidson acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendant:

| Defendant Name | Line No. |
|---|---|
| BJYX-US | 159 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendant is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated this 17th day of December 2021.

Respectfully submitted,

/s/ RiKaleigh C. Johnson
Amy C. Ziegler
Justin R. Gaudio
RiKaleigh C. Johnson
Martin F. Trainor
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rjohnson@gbc.law
mtrainor@gbc.law

*Counsel for Plaintiff H-D U.S.A., LLC*